# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2022

### NO. 03-21-00379-CR

**Michael Renee Maldonado, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, the Court concludes that the appeal should be dismissed because appellant does not wish to proceed with this appeal. Therefore, the Court dismisses the appeal. Because appellant is indigent for purposes of this proceeding, no adjudication of costs is made.